971 A.2d 489

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Cyprian DIAZ, Petitioner.**

**No. 5 EM 2009.**

Supreme Court of Pennsylvania.

April 28, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the Petition to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANT-**

**ED.** Counsel is directed to file a Petition for Allowance of Appeal within 15 days of the entry of this order.